United States Courts
Southern District of Texas
F I L E D

| ATTORNEY OR PARTY WITHOUT ATTORNEY | |
|---|---|
| **Fredrick Uwagbai**<br>**3626 Arbor Trails Dr.**<br>**Humble, TX 77338**<br>**682-521-2737   professional.fred@gmail.com**<br><br>ATTORNEY FOR: **Plaintiff, IN PRO PER** | JUL 0 2 2026<br><br>Nathan Ochsner, Clerk of Court |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PLAINTIFF:

**FREDRICK UWAGBAI**

DEFENDANT:

**BETTER TAX RELIEF**

| **PROOF OF SERVICE** | CASE NUMBER:<br>**4:26-cv-05139** |
|---|---|

I, **Ronne Johnsen  Process Server**    , declare:
I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following ~~XXXSXXXX~~ entity:    **BETTER TAX RELIEF**

I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.
I attempted personal service on the following dates and times with the following results:

| **Business Address:** | **Dates and Times** | **Result** |
|---|---|---|
| ☐ Unknown<br>**Nimi Asada, Esq.**<br>**19200 Von Karman Ave., Ste. 600**<br>**Irvine, CA 92612** | **06/30/2026 @ 10:20 AM** | **Ms. Marisol Guillen, Office Manager, accepted.** |

This address at Ste. 600 is known as Premier Workspace, an executive suite location renting out individual offices and virtue spaces. Nimi Asada, Esq. does not have an office, but rather a virtue office which she only receives mail and documents.

Please note: As per the CA Secretary of State, Nimi Asada, Esq., is the Agent for Service of Process for BETTER TAX RELIEF.

Court Documents Served: Docket Text; Notice Regarding Consent to Jurisdiction of a Magistrate Judge; Consent to Proceed Before a Magistrate Judge; Notice of Case Filing; Original Complaint; Plaintiff's Motion for Expedited Discovery; Proposed Order on Plaintiff's Motion for Expedited Discovery; Better Tax Relief Demand Letter; National Do Not Call Registry; National Do Not Call Registry (gmail); National Do Not Call Registry; and National Do Not Call Registry (gmail).  A total of 18 pages.

☒ This declaration is made based upon business records maintained in the normal course of business.
I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on   **06/30/2026**          at   **Newport Beach**          , California.

Ronne Johnsen   Aplus Process Service
5000 Birch Street, 3rd Floor
Newport Beach, CA  92660
888-992-7587
Orange / RPS: #2777
Cost of Service: $135.00

_____
Ronne Johnsen   Process Server

SEE ATTACHED
CALIFORNIA

PSI-DD (2-07)                    **PROOF OF SERVICE**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me on this 30th day of June , 20 26 , by Kyle Wolting Notary Public Ronne Johnsen ,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

KYLE WOLTING
Notary Public - California
Orange County
Commission # 2501671
My Comm. Expires Oct 7, 2028

(Seal)                    Signature _____