IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 0 6 2026

Nathan Ochsner, Clerk of Court

**FREDRICK UWAGBAI**
Plaintiff,

v. Civil Action No. **4:26-cv-05139**

**BETTER TAX RELIEF,**
Defendant.

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

COMES NOW Plaintiff, **FREDRICK UWAGBAI** appearing [pro se], and respectfully moves the Clerk of Court for entry of default against Defendant **Better Tax Relief,** pursuant to Federal Rule of Civil Procedure 55(a).

In support of this Motion, Plaintiff states as follows:

## I. INTRODUCTION

1. Plaintiff commenced this civil action against Defendant Better Tax Relief by filing the Complaint in this Court.
2. Plaintiff seeks affirmative relief against Defendant arising from the facts, causes of action, and damages alleged in the Complaint.
3. Defendant was properly served with the Summons and Complaint on **[6-30-2026, 9-8-2026, and 9-13-2026]** pursuant to Federal Rule of Civil Procedure 4.
4. Proof of service was filed with the Court on **7-6-2026, 9-18-2026, and 9-21-2026.**demonstrating that Defendant received legally sufficient service of process.
5. Defendant's deadline to answer or otherwise respond to the Complaint expired on **[10-5-2026]**.
6. Defendant has failed to file an Answer, Rule 12 motion, or any other responsive pleading or permitted response within the time prescribed by the Federal Rules of Civil Procedure.
7. Defendant has therefore failed to plead or otherwise defend this action.
8. Plaintiff has not consented to, and has not agreed to extend, Defendant's deadline to respond.

9. To Plaintiff's knowledge, Defendant has not obtained an extension of time from this Court to answer or otherwise respond to the Complaint.

10. Defendant's failure to respond is continuing.

## II. LEGAL STANDARD

11. Federal Rule of Civil Procedure 55(a) provides that when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, **the clerk must enter the party's default.**

12. Federal Rule of Civil Procedure 12(a)(1)(A) generally requires a defendant to serve an answer within 21 days after being served with the summons and complaint, unless another deadline applies.

13. Federal Rule of Civil Procedure 4 requires service of the summons and complaint and establishes the requirements for effective service.

14. Here, Defendant was served with the Summons and Complaint, the time for Defendant to respond has expired, and Defendant has failed to plead or otherwise defend.

15. Accordingly, the requirements for entry of default under Rule 55(a) have been satisfied.

## III. DEFENDANT WAS PROPERLY SERVED

16. On **6-30-2026**, Defendant Better Tax Relief was served with the Summons and Complaint by **PROCESS SERVER RONNE JOHNSEN.** In addition, Defendant Better Tax Relief was served with the Summons and Complaint by **PROCESS SERVER JOANNA TURNER.**

17. Service was made upon **[Nimi Asada Esq. / REGISTERED AGENT by mail] and Marisol Guillen [Office Manager who is authorized to accept service]**; were both authorized to receive service on behalf of Defendant.

18. In addition service was made upon Daniel **[AGENT who is authorized to accept service on behalf of Defendant].**

19. A return/proof of service reflecting the completed service is attached as **Exhibit A.**

20. The filed proof of service establishes that Defendant received the initiating pleadings and was placed on notice of this lawsuit.

21. Plaintiff therefore respectfully submits that Defendant's obligation to plead or otherwise defend was triggered upon proper service.

## IV. DEFENDANT FAILED TO PLEAD OR OTHERWISE DEFEND

21. Defendant's response deadline was **[10-5-2026]**.

22. That deadline has expired.

23. Defendant has not filed an Answer to the Complaint.

24. Defendant has not filed a Rule 12 motion.

25. Defendant has not filed any other responsive pleading that would constitute a defense to the action.

26. Defendant has not obtained an extension of time from this Court, to Plaintiff's knowledge.

27. Defendant has therefore failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

28. Plaintiff has checked the docket and has found no responsive pleading or other filing by Defendant that would prevent entry of default.

## V. ENTRY OF DEFAULT IS APPROPRIATE

29. Plaintiff has complied with the procedural requirements necessary for entry of default.

30. Defendant was properly served.

31. Defendant's deadline to respond expired.

32. Defendant failed to file a responsive pleading or otherwise defend the action.

33. Defendant's failure is established by the record, including the Complaint, proof of service, and docket.

34. Rule 55(a) therefore requires entry of default when the requirements of the Rule have been established.

35. Plaintiff respectfully requests that the Clerk enter Defendant's default on the docket.

## VI. DEFAULT IS REQUESTED ONLY AS TO DEFENDANT'S FAILURE TO RESPOND

36. Plaintiff is requesting **entry of default under Rule 55(a)** at this stage.

37. Plaintiff is not asking the Clerk to determine the ultimate amount of damages or enter a default judgment where such relief requires judicial determination.

38. Plaintiff expressly reserves the right to seek a **default judgment under Rule 55(b)** after entry of default.

39. If damages cannot be established as a sum certain or by computation, Plaintiff will seek default judgment from the Court pursuant to Rule 55(b)(2), together with any supporting evidence necessary to establish damages and other relief. Rule 55(b)(2) permits the Court to conduct a hearing or otherwise take evidence when necessary to determine damages or establish the truth of allegations.

## VII. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Clerk of Court:

A. **ENTER DEFAULT against Defendant Better Tax Relief, pursuant to Federal Rule of Civil Procedure 55(a);**

B. Note Defendant's failure to plead or otherwise defend this action;

C. Enter Defendant's default on the docket;

D. Provide Plaintiff with the Clerk's Entry of Default; and

E. Grant such other and further relief as the Court or Clerk deems appropriate.

Plaintiff further reserves the right, following entry of default, to file a separate **Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)** seeking the relief and damages requested in the Complaint.

Respectfully submitted,

**FREDRICK UWAGBAI**
Plaintiff, Pro Se

Signature: [signature]

Date: 10-6-2026

Address: 3626 ARBOR TRAILS DR. HUMBLE, TX 77338

Telephone: 682-521-2737

Email:PROFESSIONAL.FRED@GMAIL.COM

**CERTIFICATE OF SERVICE**

I certify that on 10-6-2026, 2026, I served a true and correct copy of the foregoing **Plaintiff's Motion for Entry of Default** upon Defendant and/or Defendant's counsel of record, if any, by the method permitted by the Federal Rules of Civil Procedure and/or applicable local rules.

Because Defendant has failed to appear, Plaintiff will serve the Motion in the manner required by the Federal Rules and applicable local rules for a party that has not appeared.

Date: 10-6-2026

---

**FREDRICK UWAGBAI**
Plaintiff, Pro Se