IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

**FREDRICK UWAGBAI**
Plaintiff,

v. Civil Action No. **4:26-cv-05139**

**BETTER TAX RELIEF,**
Defendant.

**[PROPOSED] CLERK'S ENTRY OF DEFAULT**

Upon review of the record in this action, including the Complaint, the Summons, the Proof/Return of Service, and Plaintiff's Motion for Entry of Default, and pursuant to **Federal Rule of Civil Procedure 55(a)**, the Clerk finds that:

1. Plaintiff filed the Complaint in this action seeking affirmative relief against Defendant **Better Tax Relief.**
2. Defendant was duly and properly served with the Summons and Complaint on **[6-30-2026, 9-8-2026, and 9-13-2026]** in accordance with Federal Rule of Civil Procedure 4.
3. Proof of service was filed with the Court on **7-6-2026, 9-18-2026, and 9-21-2026.**
4. Defendant's deadline to answer or otherwise respond to the Complaint was **[10-6-2026]**.
5. That deadline has expired.
6. Defendant has failed to plead or otherwise defend this action.
7. Defendant has not filed an Answer, motion under Rule 12, or other responsive pleading that would constitute a defense to the action.
8. No extension of time for Defendant to answer or otherwise respond appears on the docket.
9. The requirements for entry of default under Federal Rule of Civil Procedure 55(a) have therefore been satisfied.

**IT IS HEREBY ORDERED**

Pursuant to Federal Rule of Civil Procedure 55(a), **DEFAULT IS HEREBY ENTERED AGAINST DEFENDANT BETTER TAX RELIEF, [INC./LLC/ENTITY TYPE], for failure to plead or otherwise defend this action.**

This Entry of Default does **not** constitute a determination of the amount of damages or entry of a default judgment. Any request for default judgment shall be presented pursuant to Federal Rule of Civil Procedure 55(b).

SO ENTERED this _____ day of ________________, 2026.

______________________________________________

**CLERK OF COURT**

By: ______________________________

Deputy Clerk