**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **FREDRICK UWAGBAI,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | **Civil Action No. 4:26-cv-05139** |
| v. | § | |
| | § | Judge Nicholas J. Ganjei |
| **BETTER TAX RELIEF LLC,** | § | Magistrate Judge Dena Hanovice |
| | § | Palermo |
| Defendant. | § | |
| | § | |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND GRANTING DEFENDANT'S MOTION TO DISMISS**

Before the Court are Plaintiff Fredrick Uwagbai's Motion for Entry of Default (ECF No. 24) and Defendant Better Tax Relief LLC's Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6) and Opposition to the Motion for Entry of Default. Having considered the motions, the record, and the applicable law, the Court finds that Plaintiff has not served Defendant in a manner authorized by Rule 4(h), that the time for service under Rule 4(m) expired on September 27, 2026, and that Plaintiff has not shown good cause for an extension.

It is therefore ORDERED that:

Plaintiff's Motion for Entry of Default (ECF No. 24) is DENIED.

Plaintiff's purported service of process on Defendant on June 30, 2026, September 8, 2026, and September 13, 2026 (ECF Nos. 8, 9, 20, 21, 22, and 23) are QUASHED.

Defendant's Motion to Dismiss is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE under Federal Rules of Civil Procedure 12(b)(5) and 4(m).

SIGNED at Houston, Texas, on ______________, 2026.

_____________________________________
UNITED STATES MAGISTRATE JUDGE