Smith Barnes

October 20, 2026

**Via Email**
Clerk of Court United States
District Court Southern District of Texas
Houston Division
515 Rusk St.
Houston, Texas 77002

Re: *Fredrick Uwagbai vs Better Tax Relief, LLC*
Civil Action No.: 4:26-cv-05139;
In the United States District Court for the
Southern District of Texas. Houston Division

Dear Clerk of Court:

On behalf of Defendant Better Tax Relief LLC, we submit for separate docketing Defendant's Motion to Dismiss Under Rule 12(b)(5) and 12(b)(6). The motion was included in Defendant's Opposition to Plaintiff's Motion for Entry of Default Judgment filed October 14, 2026 (Dkt. 25), but the filing was docketed as a response in opposition instead of both a response and a separate motion.

This submission is intended to ensure that Defendant's request for affirmative relief is separately reflected on the docket as a motion, rather than solely as opposition to Plaintiff's requested relief. Defendant respectfully requests that the accompanying motion be docketed accordingly and brought to the court's attention for consideration of a separate motion docket deadline. Again, Defendants are filing the same motion previously filed on October 14, 2026 solely for the purpose of obtaining a separate docket entry for the Court to place it on the motion docket but advise the Court that it was filed contemporaneously with Defendants' Opposition to Plaintiff's Motion for Entry of Default Judgment.

Thank you for your assistance in this matter.

Very truly yours,
Smith Barnes, PLLC

Amanda K. Smith

Enclosure: Defendant's Motion to Dismiss

cc: Fredrick Uwagbai, Plaintiff pro se (electronic email) and regular mail