Smith Barnes

November 5, 2026

**Via EFile**
Clerk of Court United States
District Court Southern District of Texas
Houston Division
515 Rusk St.
Houston, Texas 77002

Re: *Fredrick Uwagbai vs Better Tax Relief, LLC*
Civil Action No.: 4:26-cv-05139;
In the United States District Court for the
Southern District of Texas. Houston Division

Dear Clerk of Court:

On behalf of Defendant Better Tax Relief LLC, we incorrectly submitted Docket [30] as a Response in Opposition to [27] Motion for Extension of Time to effect Service instead of indicating it was Defendant's Response to Plaintiff's Motion. This was immediately corrected by filing Docket [31] Response to [27] Motion for Extension of time to Affect [sic] Service as a Response and not as an Opposition to a Response, as stated in Docket [30]. We apologize for the inconvenience this may have caused.

Thank you for your assistance in this matter.

Very truly yours,
Smith Barnes, PLLC

Amanda K. Smith

Enclosure: Defendant's Motion to Dismiss

cc: Fredrick Uwagbai, Plaintiff pro se (electronic email) and regular mail